IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:05cv1

| | |
|---|---|
| ANITA DUNCAN, NAOMI DUNCAN, and MARY McCOMBS, on behalf of themselves and similarly situated employees, ) ) ) ) | |
| Plaintiffs, ) | |
| Vs. ) | ORDER |
| PHOENIX SUPPORTED LIVING, INC.; and TONY SCHMIDT, ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the joint Motion to Withdraw Second Motion to Compel Discovery and for Sanctions and to Cancel Hearing (#70), plaintiffs' Second Motion to Compel Discovery of Defendants and For Sanctions (#53), and defendants' Motion for Extension of Time to Respond (#56). It appearing that the parties have taken steps to resolve discovery issues without court intervention, the court will grant the motion and cancel the hearing. As a matter of housekeeping, the underlying motions will be denied, all without prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Withdraw Second Motion to Compel Discovery and for Sanctions and to Cancel Hearing (#70) is **ALLOWED**, and the November 17, 2006, hearing is **CANCELED,** plaintiffs' Second Motion to Compel Discovery of Defendants and For Sanctions (#53) is

-1-

**DENIED** as moot, and defendants' Motion for Extension of Time to Respond (#56) is **DENIED** as moot, all without prejudice.

Signed: November 16, 2006

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge