# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05cv1

| | |
|---|---|
| ANITA DUNCAN, NAOMI DUNCAN, and MARY McCOMBS, on behalf of themselves and similarly situated employees, <br><br> Plaintiffs, <br><br> Vs. <br><br> PHOENIX SUPPORTED LIVING, INC.; and TONY SCHMIDT, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on defendants' Motion to Abbreviate Response Deadline for Pending Interrogatories and Document Requests (#78). Finding that good cause for the proposed relief has not been shown, and that other relief is available by simply rescheduling the depositions, the motion will be summarily denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Abbreviate Response Deadline for Pending Interrogatories and Document Requests (#78) is **DENIED**.

Signed: December 19, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

-1-